**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alvaro SANTOS–JUATECO, a.k.a.
Roberto Arturo Aca–Juateco,
Defendant–Appellant.**

No. 14–50387.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 1, 2015.

Peter Ko, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Frank T. Morell, Esquire, Chula Vista, CA, for Defendant–Appellant.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Alvaro Santos–Juateco appeals from the district court's judgment and challenges the 34–month sentence imposed following his guilty-plea conviction for being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. We dismiss.

Santos–Juateco contends that the district court erred by applying a 16–level sentencing enhancement, imposing a term of supervised release, and finding his criminal history not to be over-represented. The government argues that the appeal should be dismissed based on an appeal waiver contained in the plea agreement. We review de novo whether to enforce an appeal waiver. *See United States v. Watson,* 582 F.3d 974, 981 (9th Cir.2009). Under the terms of the appeal waiver, Santos–Juateco waived any right to appeal his sentence, and we therefore dismiss this appeal. *See id.* at 986, 988.

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

